IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, LLC.,<br><br>　　　　Defendant. | Civil Action No.  6:23-cv-00320-ADA |

**JOINT NOTICE TO EXTEND EXPERT REPORT DEADLINE**

Plaintiff Proxense, LLC ("Plaintiff" or "Proxense") and Defendant Google LLC ("Defendant" or "Google"), collectively the ("Parties"), jointly stipulate to extend the following deadline:

| Deadline | Old Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Reports | 09/27/2024 | 10/04/2024 |

Dated: September 24, 2024

By: */s/ G. Blake Thompson*
　　**G. Blake Thompson**
　　State Bar No. 24042033
　　Blake@TheMannFirm.com
　　**MANN | TINDEL | THOMPSON**
　　112 E. Line Street, Suite 304
　　Tyler, Texas 75702
　　(903) 657-8540
　　(903) 657-6003 (fax)

Respectfully submitted,

By: */s/ David L. Hecht*
　　David L. Hecht **(Co-Lead Counsel)**
　　dhecht@hechtpartners.com
　　Maxim Price (*pro hac vice*)
　　mprice@hechtpartners.com
　　Yi Wen Wu (*pro hac vice*)
　　wwu@hechtpartners.com
　　HECHT PARTNERS LLP
　　125 Park Avenue, 25th Floor
　　New York, New York 10017
　　Telephone: (212) 851-6821

-2-

| | |
|---|---|
| Kevin Hardy<br>kevinhardy@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br><br>Sean Pak (*pro hac vice*)<br>seanpak@quinnemanuel.com<br>Iman Lordgooei (*pro hac vice*)<br>imanlordgooei@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>John McKee (*pro hac vice*)<br>johnmckee@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Counsel for Defendant Google LLC* | Brian D. Melton (**Co-Lead Counsel**)<br>bmelton@susmangodfrey.com<br>Geoffrey L. Harrison<br>gharrison@susmangodfrey.com<br>Meng Xi<br>mxi@susmangodfrey.com<br>Bryce T. Barcelo<br>bbarcelo@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 653-7807<br>Facsimile: (713) 654-6666<br><br>Lear Jiang<br>ljiang@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>*Counsel for Plaintiff Proxense, LLC* |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on September 24, 2024.

    */s/ G. Blake Thompson*
**G. Blake Thompson**